Azael Dythian PERALES,
Plaintiff—Appellant,

v.

NATIONAL ASSOCIATION FOR THE ADVANCEMENT OF COLORED PEOPLE, Defendant—Appellee.

No. 10–1159.

United States Court of Appeals,
Fourth Circuit.

Submitted: July 22, 2010.

Decided: July 29, 2010.

Azael Dythian Perales, Appellant Pro Se.

Before NIEMEYER, GREGORY, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Azael Dythian Perales appeals the district court's order dismissing his civil complaint for failure to state a claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Perales v. NAACP*, No. 1:09–cv–02964–BEL (D.Md. Nov. 25, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*